**In re KANDI C. et al.**

Supreme Judicial Court of Maine.

Argued Nov. 18, 1986.
Decided Dec. 2, 1986.

Peter Barnett, (orally), Robert M. Washburn, Skowhegan, for Karen C.

MacMichael & Talbot, James MacMichael (orally), Skowhegan, Guardian ad litem.

Carmen Coulombe, (orally), Asst. Atty. Gen., Augusta, for Maine Department of Human Services.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Karen C. appeals from a judgment of the District Court, Skowhegan, terminating her parental rights to two of her children. 22 M.R.S.A. § 4055 (Supp.1985). She challenges the sufficiency of the evidence to support termination. Examining the evidence in a light most favorable to the Department of Human Services, we conclude that the evidence was sufficient to persuade the factfinder that the statutory requirements were proven to a high probability. *See In re Crystal S.,* 483 A.2d 1210, 1213 (Me.1984).

The entry is:

Judgment affirmed.

All concurring.

**STATE of Maine**

v.

**Dennis M. DEABLER.**

Supreme Judicial Court of Maine.

Submitted on the Briefs Nov. 14, 1986.
Decided Dec. 3, 1986.

John R. Atwood, Dist. Atty., James Diehl, Asst. Dist. Atty., Rockland, for plaintiff.

Steven Fletcher, Rockland, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK, and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Dennis Deabler appeals from his conviction for operating a motor vehicle after revocation as an habitual offender, 29 M.R.S.A. § 2298 (Supp.1985), following a jury-waived trial by the Superior Court, Knox County. Deabler contends that the suspicion articulated by the arresting officer for stopping Deabler's car was not objectively reasonable. We will reverse the denial of a motion to suppress based on a determination of reasonable suspicion only if clearly erroneous. *State v. Cyr,* 501 A.2d 1303, 1305 (Me.1985). Here, the Superior Court properly held that the officer's articulated suspicion was objectively reasonable. *See State v. Fillion,* 474 A.2d 187 (Me.1984).

The entry is:

Judgment affirmed.

All concurring.